

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EDWARD R. PRESSMAN FILM CORPORATION,

       Plaintiff,

    -against-

CURTIS E. SCHROEDER,

       Defendant.
----------------------------------------------------------------X

Case No. 07 CIV 9411
(Judge Lynch)

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA    )
       S.S.:
COUNTY OF LOS ANGELES  )

I YAKUB KHWAJAZADA, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party of this action.

That on the 24th day of October, 2007, at approximately the time of 4:42 PM, deponent served a true copy of the SUMMONS; COMPLAINT; PROCEDURES FOR ELECTRONIC CASE FILING; INDIVIDUAL PRACTICES IN CIVIL CASES GERARD E. LYNCH, UNITED STATES DISTRICT JUDGE; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE THEODORE H. KATZ upon CURTIS E. SCHROEDER at 437 Via La Selva, Redondo Beach, CA, by personally delivering and leaving the same with CURTIS E. SCHROEDER at that address. At the time of service, deponent asked CURTIS E. SCHROEDER if he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

CURTIS E. SCHROEDER is a white male, approximately 60 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 185 pounds with brown hair.

PROCESS SERVER

Sworn to before me this
30 day of October, 2007

NOTARY PUBLIC



CHRISTOPHER P. TRINDADE
Commission # 1509952
Notary Public - California
Los Angeles County
My Comm. Expires Aug 26, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com