WECHSLER & COHEN, LLP
James F. X. Hiler (JH6250)
17 State Street – 15th Floor
New York, NY 10004
(212) 847-7900
Attorneys for Defendant Curtis E. Schroeder

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
Edward R. Pressman Film Corporation,  :
                                      :
                      Plaintiff,      :   07 Civ 9411  (GEL)
                                      :
         - against -                  :
                                      :   NOTICE OF APPEARANCE
Curtis E. Schroeder,                  :
                                      :
                      Defendant.      :
-------------------------------------X

　　　　Please take notice that Wechsler & Cohen, LLP hereby appears as counsel of record for defendant Curtis E. Schroeder.

Dated: New York, New York
　　　　November 30, 2007

　　　　　　　　　　　　　　　　　　　　WECHSLER & COHEN LLP


　　　　　　　　　　　　　　　　　By:　　/s/ *James F. X. Hiler*
　　　　　　　　　　　　　　　　　　　　James F. X. Hiler  (JH6250)
　　　　　　　　　　　　　　　　　　　　17 State Street – 15th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　(212) 847-7900