WECHSLER & COHEN, LLP
James F. X. Hiler (JH6250)
17 State Street – 15th Floor
New York, NY 10004
(212) 847-7900
Attorneys for Defendant Curtis E. Schroeder

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Edward R. Pressman Film Corporation,

                Plaintiff,

    - against -

Curtis E. Schroeder,

                Defendant.
------------------------------------X

07 Civ 9411 (GEL)

STIPULATION AND ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

     IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer is enlarged to, and including, December 7, 2007.

Dated: New York, New York
       November 30, 2007

PRYOR CASHMAN LLP

By: _____
    James A. Janowitz
    Suyin So
    410 Park Avenue
    New York, NY 10022
    (212) 421-4100

WECHSLER & COHEN LLP

By: _____
    James F. X. Hiler (JH6250)
    17 State Street – 15th Floor
    New York, NY 10004
    (212) 847-7900

SO ORDERED:

_____
Hon. Gerard E. Lynch
12/4/07