**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Edward R. Pressman Film Corporation, :
                                     :   07 Civ 9411 (GEL)
                 Plaintiff,          :
                                     :   **STIPULATION OF DISMISSAL**
         - against -                 :
                                     :
Curtis E. Schroeder,                 :
                                     :
                 Defendant.          :
------------------------------------X

IT IS HEREBY STIPULATED AND AGREED TO, by and between Plaintiff, Edward R. Pressman Film Corporation, by and through its attorneys, Pryor Cashman LLP, and Defendant Curtis E. Schroeder, by and through his attorneys, Wechsler & Cohen LLP, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action is hereby discontinued with prejudice and without costs to any party as against any other party and that this stipulation may be filed with the Clerk of the Court without further notice.

IT IS FURTHER STIPULATED AND AGREED TO that this Stipulation may be executed via facsimile signatures and in counterparts, which, together, shall constitute one and the same Stipulation.

Dated: New York, New York
       April 30 2008

PRYOR CASHMAN LLP                         WECHSLER & COHEN, LLP

By: _____                 By: _____
    James A. Janowitz                          James F. X. Hiler
    *Attorney for Plaintiff,*                  *Attorneys for Defendants*
    Edward R. Pressman Film Corporation        Curtis E. Schroeder
    410 Park Avenue                            17 State Street, 15th Floor
    New York, NY 10022                         New York, New York 10004
    (212) 421-4100                             (212) 847-7900

                                          SO ORDERED

                                          _____
                                          U.S.D.J.
                                          5/19/08